IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 20-19-GF-BMM |
| Plaintiff, | ORDER |
| vs. | |
| MICHAEL DEVIN AZURE, | |
| Defendant. | |

Defendant, Michael Devin Azure, having filed a Motion to Appear via Video (Zoom) for Revocation Hearing; IT IS HEREBY ORDERED the Defendant, Michael Devin Azure may appear via video using Zoom for the Initial Appearance on Revocation Proceedings, currently scheduled for November 17, 2021, at 1:30 p.m.

DATED this 16th day of November, 2021.

Brian Morris, Chief District Judge
United States District Court